UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NICHOLAS WUKOSON,

    Plaintiff,

v.                                                                                          Case No. 8:07-cv-1360-T-24 EAJ

JOSEPHINE BAXTER, ET AL.,

    Defendants.
_____/

## ORDER

This cause comes before the Court on Defendant City of Tampa's Motion to Dismiss or for Summary Judgment. (Doc. No. 4). Plaintiff has failed to file a response in opposition, despite the Court's warning that failure to do so would result in the Court deeming the motion to be unopposed.

Plaintiff has asserted two claims of false arrest and false imprisonment that allegedly occurred on June 24, 2004 against the City of Tampa ("City") under the Florida Tort Claims Act. In response, Defendant City moves for summary judgment[1], arguing that Plaintiff failed to comply with the pre-suit notice requirement set forth in Florida Statute § 768.28(6). (Doc. No. 4: Cody Affidavit). Section 768.28(6) provides: "An action may not be instituted on a claim against the state or one of its agencies or subdivisions unless the claimant presents the claim in writing to the appropriate agency . . .within 3 years after such claim accrues . . .." Since Plaintiff has not responded and set forth evidence that he has complied with the statute, the Court finds that summary judgment should be granted.

---

[1] Since the Court is considering matters outside of the complaint, the Court is considering the motion as a motion for summary judgment.

Accordingly, it is ORDERED AND ADJUDGED that Defendant City of Tampa's Motion to Dismiss or for Summary Judgment (Doc. No. 4) is **GRANTED** to the extent that the Court grants summary judgment in favor of Defendant City on Counts I and IV.

**DONE AND ORDERED** at Tampa, Florida, this 18th day of September, 2007.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record